JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
bknotice@mccarthyholthus.com

Attorneys for MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 9:15-bk-11591-PC |
| | § | |
| **Janet W Tate,** | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| Rushmore Loan Management Services LLC
P.O. Box 55004
Irvine, CA 92619-2708 | McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122 |

M&H File No. CA-15-118336

1
2
3
4

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

5  Dated: 8/31/2015    **McCarthy & Holthus, LLP**

6
7    /s/  Merdaud Jafarnia, Esq.
8    Merdaud Jafarnia, Esq.
9    Attorneys for MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

M&H File No. CA-15-118336

M&H File No. CA-15-118336

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/31/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Elizabeth (ND) F Rojas (TR)
cacb_ecf_nd@ch13wla.com

**DEBTOR(S) COUNSEL**
Lee M Linson
linsonlawyer@gmail.com

**US TRUSTEE**
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **8/31/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Janet W Tate, 876 Daffodil Court, Simi Valley, CA 93065

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **8/31/2015** | **Christian Aguilar** | **/s/ Christian Aguilar** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

 **BORROWER(S)**
Richard Tate, 876  Daffodil Ct, Simi Valley, CA 93065

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.