**FILED & ENTERED**

SEP 01 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY chackel  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re:

**Janet W Tate**,

Debtor(s).

Case No. 9:15-bk-11591-PC

Chapter 13

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS**

Debtor having filed a motion requesting an extension of time to file the documents listed in a Case Commencement Deficiency Notice and/or Order to Comply with Bankruptcy Rule 1007 and Notice of Intent to Dismiss Case (collectively, "Notice"), and the court having considered the motion and taken judicial notice of the proceedings since commencement of the case, it is

ORDERED that the Debtor's motion is denied.

###

Date: September 1, 2015

Peter H. Carroll
United States Bankruptcy Judge

1

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of 9/1/15, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Lee M Linson    linsonlawyer@gmail.com, mcmklaw@gmail.com
- Elizabeth (ND) F Rojas (TR)    cacb_ecf_nd@ch13wla.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Janet W Tate**
876 Daffodil Court
Simi Valley, CA 93065

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page