**LEE M. LINSON (SBN #57632)**
LAW OFFICES OF LEE M. LINSON
11901 Santa Monica Blvd Ste 449
Los Angeles, CA 90025
telephone:  310-591-4004
facsimile:  800-756-6561
Email: linsonlawyer@gmail.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

JANET W. TATE

          Debtor

) Chapter 13
)
) Case No.: **9:15-bk-11591-PC**
)
) EMERGENCY MOTION OF DEBTOR FOR
) ORDER VACATING DISMISSAL AND
) REINSTATING STAY
) memorandum of points and authorities

TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY JUDGE THE CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

Please take notice that pursuant to Federal Rules of Bankruptcy Procedure 9024, Federal Rules of Civil Procedure Rule 60(b) and 11 U.S.C. § 105, Debtor, Chelsea J. Braun, through her counsel of record hereby moves this Court for an order vacating the dismissal of her case whereby Debtor represents to this Court the following:.

EMERGENCY MOTION TO VACATE DISMISSAL - 1

**The dismissal Debtor's case was ordered without *prior* notice to the Debtor, or her creditors, and without a hearing, accordingly, Debtor respectfully submits that under the circumstances her motion could and should be determined by this Court without further notice and without a hearing,**

## BACKGROUND

1. On August 10, 2015, the Debtor filed her Chapter 13 bankruptcy case with the intention of reorganizing the past due indebtedness on her home.

2. On August 24, 2015, because of an unexpected medical situation, Debtor applied to this Court for an extension of time to file her schedules, plan and other requisite case documentation, however due to a paralegal error the Debtor's application was not accompanied by the required local bankruptcy form electronic filing declaration and a proposed order was not duly uploaded.

3. On September 1, 2015, the Court denied her application for an extension of time to file her schedules, plan and other requisite case documentation and dismissed her case for failure to file said schedules, plan and documentation.

4. The Debtor has no debts other than the mortgage on her home which fell into default during the divorce proceedings.

5. Although the Debtor, a mother of two daughters with special medical needs, receives no financial assistance from her ex-husband, she is employed and will be able to reinstate the mortgage through this chapter 13 bankruptcy.

6. The Debtor acquired her home through the divorce settlement, but the mortgage is in her ex-husband's name and he will not co-operate in applying for a loan modification, therefore the only way the Debtor can avoid losing her home to foreclosure is through this bankruptcy.

7. Debtor now seeks to vacate the order dismissing her case and to reinstate her chapter 13 bankruptcy forthwith because a trustee's sale of her home is set for tomorrow, Wednesday, September 16, 2015 at 9AM.

## MEMORANDUM OF POINTS AND AUTHORITIES

<u>Reinstating this case is mandated since the dismissal was resultant from a mistake</u>

Federal Rule of Civil Procedure 60(b) as incorporated into Bankruptcy Rule 9024 provides that within a reasonable time within one year from the date of an order or judgment, by motion and upon such terms that are just, the Court may relieve a party from a final order by reason of mistake, inadvertence, excusable neglect, or from any other reason justifying relief from operation of a decree,

***As is set forth in the Declaration of Debtor's bankruptcy counsel the dismissal was resultant of a mistake, inadvertence, and/or excusable neglect***

<u>The Court has broad powers to achieve an equitable result</u>

Title 11 of the United States Code §105(a) states in pertinent part …"The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title" whereby The Ninth Circuit has held "a bankruptcy Court has continuous powers to vacate or modify its own orders, if no intervening or vested rights are disturbed", <u>In Re Casaudaumeco</u>, 46 F. Supp. 718, 723 (S.D. Cal 1942) citing <u>Federal Land Bank c. Hansen</u>, 113 F.2d 82; <u>Wayne United Gas</u> Co. v Owens-Illinois Glass Co. ,300 U.S. 131; <u>In Re Price</u>, 99 F.2d 691.

WHEREFORE, in light of the foregoing circumstances Debtor prays for an immediate order vacating dismissal of this case and reinstating the stay accordingly.

Further, Debtor respectfully requests that this motion be considered without a hearing, however, should the Court determine a hearing is necessary, then Debtor alternatively requests that such a hearing occur immediately.

Respectfully submitted this 15th day of September, 2015

/s/ Lee M. Linson
_____
Law Offices of Lee M. Linson

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11901 Santa Monica Blvd, Suite 449
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **Emergency Motion of Debtor for Order Vacating Dismissal and Reinstating Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/24/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    The case trustee and U.S. Trustee will be automatically served by the Court at their email address.

    **See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/24/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CitiMortgage, Inc.
P.O. Box 6006
The Lakes, NV 88901

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/15/2015 | David Park | /S/ David Park |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 1007-1.MOTION.DEC.EXTEND**